**Dismissed and Memorandum Opinion filed January 24, 2019.**



In The

# Fourteenth Court of Appeals

NO. 14-18-00754-CR
NO. 14-18-00755-CR

**LARESHA LEONARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1550735 & 1550736**

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of two counts of robbery. On October 17, 2018, the trial court granted appellant's motion for new trial in both cases. The State has not appealed the grant of new trial.

Generally, we only have jurisdiction to consider appeals by a criminal defendant in which there has been judgments of conviction. *Courson v. State*, 996

S.W.2d 348, 349 (Tex. App.—Houston [14th Dist.] 1999, pet. dism'd). Because appellant has been granted new trials, there are no final convictions to appeal.

Accordingly, we dismiss the appeals.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b)